IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **STEVEN G. REHART,** § | | |
| **TDCJ No. 02436385,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| V. § | Civil Action No.: 7:24-CV-049-O | |
| § | | |
| **BRIAN COLLIER,** *et al.*, § | | |
| § | | |
| Defendants. § | | |

## FINAL JUDGMENT

The Court issues this Final Judgment pursuant to its Order. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that Steven G. Rehart's motion under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this **21st day** of **March 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE